UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/20/2020
```

----------------------------------------------------------X
                                                          :
FIDEL MONTALVO CANDIA, et al,                             :
                                                          :
                                   Plaintiffs,            :
                                                          :          19-cv-8181 (VSB)
                          -against-                       :
                                                          :             **ORDER**
658-660 AMSTERDAM CORP. et al.,                           :
                                                          :
                                   Defendants.            :
                                                          :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Today, Plaintiffs' counsel appeared telephonically for a post-discovery conference.

Defense counsel was unable to join.  Plaintiffs' counsel directed me to a letter filed by Plaintiffs'

counsel dated November 20, 2020, which states that a mediation session is to be held on

December 1, 2020.  (Doc. 31.)  I directed Plaintiffs' counsel that the parties should submit a joint

letter regarding the status of the mediation soon after it occurs. Accordingly, it is hereby:

        ORDERED that on or before December 8, 2020, the parties are directed to file a joint

letter no longer than 3 pages with an update as to the mediation.

SO ORDERED.

Dated:  November 20, 2020
        New York, New York

Vernon S. Broderick
United States District Judge