**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FIDEL MONTALVO CANDIA and LUIS
GARCIA GALVEZ, individually and on
behalf of others similarly situated,                                       19-cv-8181-VSB

                Plaintiffs,                                         **PROPOSED JUDGMENT**

-against-

658-660 AMSTERDAM CORP. (D/B/A
NUMERO 28 PIZZERIA CUCINA), REMO
BIAMONTE, MICHAEL DOE, and CHICHO
DOE,

Defendants.
-----------------------------------------------------------------X

      On September 3, 2019, this action was commenced by Plaintiffs' filing of the Complaint. (Dkt. No. 1). The summons and Complaint in this action having been duly served on the Defendants 658-660 AMSTERDAM CORP. (D/B/A NUMERO 28 PIZZERIA CUCINA), REMO BIAMONTE, MICHAEL DOE, and CHICHO DOE, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

      NOW, on motion of Plaintiffs, it is hereby ORDERED, ADJUDGED AND DECREED:

      That the Plaintiffs have judgment by default against the Defendants 658-660 AMSTERDAM CORP. (D/B/A NUMERO 28 PIZZERIA CUCINA), REMO BIAMONTE, MICHAEL DOE, and CHICHO DOE, jointly and severally, in the amounts that follow, including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a):

For Plaintiff FIDEL MONTALVO CANDIA: $18,712.50, plus prejudgment interest calculated upon the amount $4,356.25 at the rate of 9% per annum from March 12, 2019 to the date of judgment, which is calculated to be _____;

For Plaintiff and LUIS GARCIA GALVEZ: $62,040.00, plus prejudgment interest calculated upon the amount $26,020.00 at the rate of 9% per annum from January 30, 2018 to the date of judgment, which is calculated to be _____;

That the Plaintiffs are awarded attorney's fees in the amount of $11,470.00 and costs in the amount of $620.00, all computed as provided in 28 U.S.C. § 1961(a).

That Plaintiffs' counsel shall be entitled to receive $ _____ , or $620.00, representing the amount incurred in costs, plus one-third of the remaining amount of the aforementioned sums;

That the Plaintiffs are awarded post-judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:     New York, New York.

_____ , 2021.

_____
VERNON S. BRODERICK,
UNITED STATES DISTRICT JUDGE