UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
FIDEL MONTALVO CANDIA, et al,                           :
                                                        :
                          Plaintiffs,                   :
                                                        :          19-cv-8181 (VSB)
           -against-                                    :
                                                        :             **ORDER**
658-660 AMSTERDAM CORP. et al.,                         :
                                                        :
                          Defendants.   :
                                                        :
--------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __2/25/2021__

VERNON S. BRODERICK, United States District Judge:

        Today, counsel for Plaintiffs and Defendants appeared telephonically for an order to

show cause hearing.  The parties are directed to meet and confer, and to inform the Court

whether Plaintiffs intend to proceed with their motion for default judgment.  Accordingly, it is

hereby:

        ORDERED that on or before March 4, 2021, the parties are directed to file a joint letter

no longer than 3 pages indicating whether Plaintiffs intend to proceed with their motion for

default judgment.

SO ORDERED.

Dated:  February 25, 2021
        New York, New York

                                              Vernon S. Broderick
                                              United States District Judge