```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FIDEL MONTALVO CANDIA, *et al.*,       :
                                        :   **ORDER**
                         Plaintiffs,    :
                                        :   19-CV-8181 (VSB) (JLC)
           - v -                        :
                                        :
658-660 AMSTERDAM CORP., *et al.*,      :
                                        :
                                        :
                         Defendants.    :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

WHEREAS, the parties came before the undersigned for a settlement conference on January 24, 2022 and reached a settlement;

IT IS HEREBY ORDERED that the parties are directed to file a joint letter motion along with their settlement agreement **no later than February 24, 2022,** to request court approval. The letter motion should explain why the proposed settlement is fair and reasonable and otherwise complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties should submit their settlement papers to Judge Broderick unless they agree to consent to my jurisdiction to review the settlement under 28 U.S.C. § 636(c). If they wish to consent to my review, consent forms are available on the Court website and must be submitted by **February 24, 2022**.

**SO ORDERED.**

Dated: January 24, 2022
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge